SCANNED

E. VINCENT CARROLL
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
Email: Vincent.Carroll@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.
2009 JUN 22 AM 10 48
PATRICK E. DUFFY
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 09- 68 -GF-SEH |
|---|---|
| Plaintiff, | INDICTMENT |
| vs.<br><br>R-LYNN DEAN LITTLEDOG,<br><br>Defendant. | ABUSIVE SEXUAL CONTACT<br>Title 18 U.S.C. §§ 1153(a), 2244(a)(5)<br>(Penalty: Life imprisonment, $250,000 fine, and five years supervised release) |

THE GRAND JURY CHARGES:

N:\CR\asted\indictms\Billings.June.2009\vince.littledog.wpd

1

That in or about Summer and Fall of 2007, at Browning, in the State and District of Montana, and within the boundaries of the Blackfeet Indian Reservation, being Indian Country, the defendant, R-LYNN DEAN LITTLEDOG, an Indian person, knowingly engaged in sexual contact with R.L., a person who had not yet reached twelve years of age, and said sexual contact would have violated 18 U.S.C. § 2241(c) if it had constituted a sexual act, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(5).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: ✓
Bail: none set

# United States District Court

DISTRICT OF MONTANA, GREAT FALLS DIVISION

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: CR-09-68-GF-SEH |

R-LYNN DEAN LITTLEDOG
Country Estates
Browning, MT 59417

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest R-LYNN DEAN LITTLEDOG and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging HIM with ABUSIVE SEXUAL CONTACT and CRIME ON A RESERVATION in violation of Title 18 United States Code, Sections 1153(a) and 2244(a)(5).

Assigned to: E. Vincent Carroll

Judith Harris, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE CAROLYN S. OSTBY
Billings, Montana

**BAIL FIXED AT** None

Date of Issue: June 22, 2009

### RETURN

| DATE RECEIVED: | LOCATION: | |
|---|---|---|
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: | | DWIGHT MACKAY |
| LOCATION: | | UNITED STATES MARSHAL |
| BY: | Deputy U.S. Marshal | |